AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America )
v. )
KENNETH COLE )   Case No: 07-00241-003
)   USM No: 49083-003
)
Date of Original Judgment: 05/05/2009 )
Date of Previous Amended Judgment: )   Pro Se
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The defendant is not eligible for a reduction in sentence because after recalculating the multiple substances involved under the revised guidelines, the total marijuana equivalency is 4,523.51 kilograms of marijuana, which yields a base offense level of 34. As a result, the defendant's base offense level remains unchanged from the base offense level originally calculated.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/22/2011    /s/ Callie V. S. Granade
                          *Judge's signature*

Effective Date: _____    United States District Judge
*(if different from order date)*   *Printed name and title*